UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2012 AUG 13  PM 1:23

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

ANA RODRIGUEZ DEJESUS,

    Plaintiff,

vs.

Case No.: 6:12-CV-1232-ORL-28-DAB

POLLACK & ROSEN, P.A.

    Defendant,
_____/

## COMPLAINT and JURY TRIAL DEMAND

### I.
### INTRODUCTION

1. This is an action for damages brought by Plaintiff, ANA RODRIGUEZ DEJESUS, an individual consumer against the Defendant, POLLACK & ROSEN, P.A., a Florida corporation, for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair debt collection practices.

### II.
### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337 and 15 U.S.C. § 1692k. Venue in this District is proper because Plaintiff resides here and Defendant does business in this District.

### III.
### PARTIES

3. Plaintiff, ANA RODRIGUEZ DEJESUS (hereinafter referred to as "Plaintiff") is a natural person and citizen of the State of Florida, residing in Osceola County, Florida.

4. Defendant, POLLACK & ROSEN, P.A., (hereinafter referred to as "POLLACK & ROSEN") is a Florida corporation engaged in the practice of debt collection, with its principal place of business located at 800 Douglas Road, North Tower Suite 450, Coral Gables, Miami-Dade County, Florida, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

5. POLLACK & ROSEN is liable for the actions of its employee JOSEPH F. ROSEN (hereinafter referred to as "ROSEN").

6. ROSEN, an employee of POLLACK & ROSEN, signed a complaint on behalf of POLLACK & ROSEN which was filed and is the subject matter of the instant lawsuit.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

8. Defendant regularly collects or attempts to collect consumer debts from other parties. Therefore, Defendant is a "debt collector" as that term is defined in the FDCPA.

9. At all times material to the allegations of this complaint, Defendant was acting as debt collectors with respect to the collection of Plaintiff's alleged consumer debt.

## IV.
## FACTUAL ALLEGATIONS

10. Defendant sought to collect an alleged consumer debt from Plaintiff arising from a credit card account and contract allegedly entered into by Plaintiff with Capital One Bank (USA), N.A. for personal, family, or household purposes.

11. On or about December 9, 2011, Defendant filed a law suit in Polk County, Florida on behalf of Capital One Bank (USA), N.A. against Plaintiff seeking to collect the alleged debt referenced in paragraph 10 above (hereinafter referred to as "the state court suit").

12. A true copy of the state court civil docket report of the state court suit is attached hereto as Exhibit "A".

13. The alleged debt was not based upon an alleged agreement which was allegedly executed in Polk County, Florida.

14. Plaintiff does not and has never resided in Polk County, Florida.

15. Plaintiff has incurred legal fees in defending the state court suit.

16. Plaintiff believes that Defendant filed the state court suit in an inconvenient and impermissible county as a ploy to cause Plaintiff undue hardship by forcing Plaintiff to travel to another county and thereby coerce Plaintiff into satisfying a disputed debt.

## COUNT I
## LITIGATION IN AN IMPERMISSIBLE COUNTY

17. Plaintiff incorporates Paragraphs 1 through 16.

18. Defendant violated the Fair Debt Collection Practices Act (FDCPA) by filing the state court suit in a county in which Plaintiff did neither reside nor sign an agreement upon which the alleged debt is based. As such, Defendant has violated 15 U.S.C. § 1692i, 15 U.S.C. § 1692d, 15 U.S.C. § 1692e, and 15 U.S.C. § 1692f.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A. Declaratory judgment that Defendant's conduct violated the FDCPA;

B. Actual damages, including attorney's fees incurred during the state court suit;

C. Statutory damages pursuant to 15 U.S.C. § 1692k;

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k;

F. For such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this action.

Respectfully submitted this __10__ day of August, 2012.

DICESARE, DAVIDSON, & BARKER, P.A.

_(signature)_

HAROLD E. BARKER, ESQUIRE
Florida Bar #0500143
Post Office Box 7160
Lakeland, Florida 33807-7160
Phone (863) 648-5999
Facsimile (863) 648-4755
E-Mail: rbarker@ddblaw.com
Attorney for Plaintiff
